UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MOV-ology LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Oracle Corporation and Oracle America, Inc.<br><br><br><br>　　　　　　　Defendants. | Civil Action No. 1:25-cv-246-ADA |

**DECLARATION OF PAIGE ARNETTE AMSTUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Paige Arnette Amstutz, hereby declare:

1.　　I am a Partner at the law firm of Scott, Douglass & McConnico, LLP, 303 Colorado St. Ste 2400, Austin, TX 78701.  I am counsel for Defendants Oracle Corporation and Oracle America, Inc. in the above-captioned action.  I am a member in good standing of the State Bar of Texas, and am admitted to practice before this Court.

2.　　I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would testify competently thereto.

3.　　Attached as **Exhibit 1** is a true and correct copy of the January 25, 2016 Notice of Allowance for US Patent No. 9,286,282.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in New Orleans, LA.

4918-3931-9620

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully submitted, |
| | */s/ Paige Arnette Amstutz* |
| | Paige Arnette Amstutz (SBN 00796136)<br>SCOTT DOUGLASS, & MCCONNICO LLP<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701<br>Tel: 512-495-6300 | Fax: 512-495-6399 |
| | *Counsel for Defendants Oracle Corporation and Oracle America, Inc.* |